IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. JACOBSEN,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 10-03551 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

On August 26, 2010, Plaintiff Robert E. Jacobsen filed an *Exx Parte* Motion for Temporary Restraining Order, in which he seeks to have this Court enjoin a foreclosure sale on real property that is scheduled for September 7, 2010. It is HEREBY ORDERED that Defendant shall file a response to Plaintiff's motion by no later than August 31, 2010 at 3:00 p.m. In its opposition, Defendant shall address the impact of the Order of Abandonment relating to the property at issue, which the Bankruptcy Court entered on June 24, 2009. Plaintiff may file a reply brief by no later than 3:00 p.m. on September 1, 2010. The Court shall set the matter down for a hearing on September 3, 2010 at 9:00 a.m. If, however, the Court finds the matter suitable for disposition on the papers, it shall notify the parties in advance of the hearing. If either party seeks to modify this briefing schedule, they shall submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: August 27, 2010

                                                  JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. JACOBSEN,

    Plaintiff,

  v.

BANK OF AMERICA CORPORATION et al,

    Defendant.

                            /

Case Number: CV10-03551 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Edwin Jacobsen
1054 Vista Bella
Lafayette, CA 94549

Dated: August 27, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk